PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

----------------------
No. 96-6767
----------------------

D. C. Docket No. CV 94-B-2216-NW

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
08/26/99
THOMAS K. KAHN
CLERK

CARMEN REOGAS, WANDA GIBSON, KAREN HOWARD,

Plaintiffs-Appellants,

versus

JIMMY GRAY, MONARCH TILE, INC.,

Defendants-Appellees,

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

**(August 26, 1999)**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before DUBINA, Circuit Judge, HILL and GIBSON*, Senior Circuit Judges.

_____

*Honorable John R. Gibson, Senior U. S. Circuit Judge for the Eighth Circuit,
sitting by designation.

PER CURIAM:

The judgment of this court, an unpublished affirmance dated January 6, 1998, having been vacated by the Supreme Court, <u>Reogas</u> v. <u>Gray</u>, ____U.S.___, 119 S.Ct. 2363, ___L.Ed.2d___ (1999), and the premises considered,

IT IS ORDERED that the judgment of the district court is VACATED and the case is REMANDED to that court for further consideration in light of <u>Faragher v. City of Boca Raton</u>, 524 U.S. 775 (1998) and 11 U.S.C. Section 362.